IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | |
|---|---|
| DARIA DANLEY,<br><br>      Plaintiff,<br><br>vs.<br><br>CLAYTON CHRISTIAN, Commissioner of Higher Education, WADED CRUZADO, President of Montana State University, KYLEEN BRESLIN, Director of Montana State University's Office of Institutional Equity,<br><br>      Defendant. | CV 23-4-H-SEH<br><br>ORDER |

Pending before the Court is Plaintiff Daria Danley's (Danley) Motion for Preliminary Injunction.[1] The motion does not comply with Fed. R. Civ. P. 65(c).

**ORDERED:**

Danley's Motion for Preliminary Injunction[2] is **DENIED** without prejudice for failure to comply with Fed. R. Civ. P. 65(c). Danley may resubmit the motion

---

[1] Doc. 2.
[2] *Id.*

in proper form on or before January 25, 2023.

DATED this 18th day of January, 2023.

*Sam E Haddon*
Sam E. Haddon
United States District Judge