IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | |
|---|---|
| DARIA DANLEY,<br><br>    Plaintiff,<br><br>vs.<br><br>CLAYTON CHRISTIAN, Commissioner of Higher Education, WADED CRUZADO, President of Montana State University, KYLEEN BRESLIN, Director of Montana State University's Office of Institutional Equity,<br><br>    Defendant. | CV 23-4-H-SEH<br><br>ORDER |

This case was filed on January 13, 2023.[1]

On January 27, 2023, Defendants Clayton Christian's, Waded Cruzado's, and Kyleen Breslin's (collectively "Defendants") filed an Opposed Motion for Extension to Respond to Plaintiff's Motion for Preliminary Injunction.[2]

The Defendants also filed an Unopposed Motion for Extension of Time to Respond to Plaintiff's Verified Complaint on January 27, 2023.[3]

Both motions are pending before the Court.

---

[1] Doc. 1.
[2] Doc. 8.
[3] Doc. 10.

**ORDERED:**

1.  Defendants' Opposed Motion for Extension to Respond to Plaintiff's Motion for Preliminary Injunction[4] is **GRANTED**.

2.  Defendants shall respond to Plaintiff's Motion for Preliminary Injunction[5] on or before 5:00 p.m. **February 16, 2023**.

3.  Defendants' Unopposed Motion for Extension of Time to Respond to Plaintiff's Verified Complaint[6] is **GRANTED**.

4.  Defendants shall respond to Plaintiff's Verified Complaint[7] on or before 5:00 p.m. **February 28, 2023**.

DATED this 30th day of January, 2023.

*/s/ Sam E. Haddon*
Sam E. Haddon
United States District Judge

---

[4] Doc. 8.
[5] Doc. 6.
[6] Doc. 10.
[7] Doc. 1.