IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | |
|---|---|
| DARIA DANLEY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CLAYTON CHRISTIAN, Commissioner of Higher Education, WADED CRUZADO, President of Montana State University, KYLEEN BRESLIN, Director of Montana State University's Office of Institutional Equity,<br><br>　　　　Defendants. | CV 23-4-H-SEH<br><br>ORDER |

Pending before the Court is Defendants Clayton Christian's, Waded Cruzado's, and Kyleen Breslin's (collectively "Defendants") Unopposed Second Motion for Extension of Time to Respond to Plaintiff's Verified Complaint.[1]

**ORDERED:**

1.　Defendants' Unopposed Second Motion for Extension of Time to Respond to Plaintiff's Verified Complaint[2] is **GRANTED**, upon the terms and conditions in this order.

---

[1] Doc. 17.
[2] Doc. 17.

2.    Defendants shall respond to Plaintiff's Verified Complaint[3] on or before **March 14, 2023**.

3.    Further extensions of time to respond to Plaintiff's Verified Complaint[4] will not be permitted, absent good cause, supported by admissible evidence established of record.

DATED this 23rd day of February, 2023.

*Sam E. Haddon*
Sam E. Haddon
United States District Judge

---

[3] Doc. 1.
[4] Doc. 1.