IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | |
|---|---|
| DARIA DANLEY,<br><br>        Plaintiff,<br><br>vs.<br><br>CLAYTON CHRISTIAN, Commissioner of Higher Education, WADED CRUZADO, President of Montana State University, KYLEEN BRESLIN, Director of Montana State University's Office of Institutional Equity,<br><br>        Defendants. | CV 23-4-H-SEH<br><br>ORDER |

Pending before the Court is Plaintiff Daria Danley's and Defendants Clayton Christian's, Waded Cruzado's, and Kyleen Breslin's (collectively "Defendants") Joint Motion for Extension of Deadlines.[1]

**ORDERED:**

The parties' Joint Motion for Extension of Deadlines[2] is **GRANTED** as follows:

    1.    Plaintiff shall file a reply to Defendants' Response to

---

[1] Doc. 19.
[2] Doc. 19.

Plaintiff's Motion for Preliminary Injunction[3] on or before **March 10, 2023**;

2.  Plaintiff shall file a response to Defendants' Opposed Motion to File Under Seal[4] on or before **March 10, 2023**; and

3.  The parties shall file a joint notice on or before **March 10, 2023**, of the number of days necessary to conduct the April 11, 2023, evidentiary hearing on Plaintiff's Motion for Preliminary Injunction.[5]

**FURTHER ORDERED:**

The parties shall file a joint report on the status of settlement on or before **March 3, 2023**.

DATED this 1st day of March, 2023.

*/s/ Sam E. Haddon*
Sam E. Haddon
United States District Judge

---

[3] Doc. 6.
[4] Doc. 13.
[5] *See* Doc. 16.