]IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | |
|---|---|
| DARIA DANLEY,<br><br>    Plaintiff,<br><br>vs.<br><br>CLAYTON CHRISTIAN, Commissioner of Higher Education, WADED CRUZADO, President of Montana State University, KYLEEN BRESLIN, Director of Montana State University's Office of Institutional Equity,<br><br>    Defendants. | CV 23-4-H-SEH<br><br>ORDER |

Pending before the Court is Plaintiff Daria Danley's Unopposed Motion to Vacate Hearing Date and Dismiss with Prejudice.[1]

**ORDERED:**

1.    Danley's Unopposed Motion to Vacate Hearing Date and Dismiss with Prejudice[2] is **GRANTED**.

2.    The evidentiary hearing set for April 11, 2023,[3] is **VACATED**.

---

[1] Doc. 21.
[2] *Id.*
[3] Doc. 16.

3. Danley's Motion for Preliminary Injunction[4] is **DENIED** as moot.

4. Defendants Clayton Christian's, Waded Cruzado's, and Kyleen Breslin's Opposed Motion to File Under Seal[5] is **DENIED** as moot.

DATED this 6th day of March, 2023.

*[signature: Sam E. Haddon]*

Sam E. Haddon
United States District Judge

---

[4] Doc. 6.
[5] Doc. 13.